| | | |
|---|---|---|
| DATE July 3, 2014 | CASE NUMBER | 1:13-cr-96(MC) |
| LOCATION Beaumont | | |
| JUDGE **KEITH F. GIBLIN** | USA | John Craft — Assigned |
| DEPUTY CLERK Kyla Dean | VS | John Craft — Appeared |
| RPTR/ECRO Kyla Dean (DCR) | | |
| USPO Mark Goforth | **CHRISTOPHER OMIGIE** | |
| INTERPRETER | Defendant | |
| BEGIN 10:06 am | **JONATHAN STOVALL** | |
| | Attorney | |

☐ Consent to proceed via video

☐ . . . . . INITIAL APPEARANCE   ☐ . . . PRELIMINARY HRG   ☐ . . REMOVAL HRG   ☐ . . IDENTITY HRG
   ☐ . . . . SUBSEQUENT INIT APPEARANCE ON:_____
   ✔ . . . . DETENTION HRG          ☐ . . . . EVIDENTIARY HRG   ☐ . . BOND HRG
   ☐ . . . . NEBBIA HRG              ☐ other_____

✔ Hearing Held        ☐ Hearing Called
✔ Dft ☐ Prob violator ☐ Super Rel violator appears: ✔ with ☐ w/o cnsl ☐ pro se ☐ Cnsl appears on behalf of deft
Appears on: ☐ Complaint  ✔ Indictment  ☐ Information  ☐ Violation of probation  ☐ Release Violation

☐ Dft files Waiver of Indictment;    ☐ Dft advised of right to grand jury consideration
☐ Information (felony)  ☐ . . . . Information (misdemeanor)  ☐ . . . . Information (sealed)
☐ Indictment unsealed  ☐ . . . . Information unsealed  ☐ . . . . Complaint unsealed
☐ Date of arrest:_____ or ☐ Rule 5(c) (dist & case #)_____

☐ . . . Dft    ☐ advised of charges       ☐ advised of maximum penalties   ☐ advised of right to remain silent;
             ☐ advised of right to counsel ☐ advised of right to Prel. Hrg.  ☐ advised of right to waive Prel. Hrg.
     ☐ . .Waiver of Preliminary Exam/Hearing  ☐ Waiver of Rule 5(c) Hearings (Identity only)  ☐ Advised of Rule 20

☐ . . . . . Dft first appearance with counsel  ☐ CJA  ☐ Retained  ☐ US Public Defender
☐ . . . . .Dft advises the Court that he/she ☐ has counsel who is_____ or, ☐ will hire counsel.
☐ . . . . If dft cannot retain counsel, the court is to be advised within ____ days so counsel may be appointed.
☐ . . . . . Dft Requests appointed counsel, is sworn & examined re: financial status.
☐ . . . . .Financial affidavit executed by dft. The court finds the defendant ☐ able ☐ unable to employ counsel.
☐ . . . . . CJA Panel Attorney_____ appointed  ☐ U.S. Pub Defender_____ appointed

☐ . . . . . Gvt motion for detention  ☐ . . . . .Gvt m/continue detention hrg.   ☐ . . . . . Order granting m/ continue of detention hrg.
☐ Dft bond ☐ set ☐ reset to $ 50,000 ☐ cash ☐ surety ☐ 10% ☐ PR ☐ unsecured
☐ Order setting conditions of release  ☐ Bond executed, dft released;
☐ Bond & Conditions set. Gov Appealed to District Court. Order Stayed.
☐ Dft ordered to answer in prosecuting district  ☐ Commitment to Another District   ☐ Dft CONSENTED to be DETAINED
☐ Order of Detention        ☐ Temp Detention Pending Hearing            (NO HEARING HELD)
✔ Dft remanded to custody of U.S. Marshal;    ☐ Dft ordered removed to Originating District
☐ Notice of Hearing   ✔ The Court advised the parties that it will issue a written order at a later date.

☐ . . . . Detention Hrg set for_____     ☐ Revocation Hrg set for_____
☐ . . . . Arraignment set for_____       ☐ Removal Hearing set for_____
☐ . . . . Bond hrg set for_____           ☐ Preliminary Exam set for_____
☐ . . . . Identity Hrg set for_____       ☐ Court finds probable cause ☐ exists ☐ does not exist
☐ . . . . Dft Oral Motion_____            ☐ Oral Court Order_____
☐ . . . Gvt Oral Motion_____              ☐ Oral Court Order_____
☐ . . . . Dft failed to appear  ☐ Oral order for arrest warrant;  ☐ bond forfeited
✔ . . . . Exhibit List   ✔ Witness List   ✔ Minutes Filed

CRIM 92-116          ✔ See reverse/attached for additional proceedings        10:59 am  Adjourn
                                                                      Total Court Time  52 mins

CASE NO. 1:13-cr-96-8     USA vs. CHRISTOPHER OMIGIE                                    Page 2

ADDITIONAL PROCEEDINGS

10:06 am The Court admits the indictment and the U.S. Probations pretrial services report excluding the recommendations section as courts exhibits one and two.  10:07 am AUSA Craft calls the government's first witness, DEA Special Agent Keith Headley.  The witness is sworn and seated.  AUSA Craft began his direct examination.  10:08 am AUSA Craft offers government's exhibits one through eight.  They are all admitted without objection.  10:43 am The witness is passed.  Deft Atty Stovall began his cross examination of the witness.  10:48 am The witness is passed and AUSA Craft briefly re-directs.  10:49 am The witness is passed and excused.  The government rests.  Deft Atty Stovall call's the defense's first witness, Stephanie Omigie.  The witness is sworn and seated.  Deft Atty Stovall began his direct examination of the witness.  10:58 am The witness is passed and excused.  The defense rests.  The Court advises the parties that because their were technical difficulty with the sound on the CD offered as exhibit eight.  He will conclude the hearing for the day and will issue a written order regarding this decision as to the detention or release of the defendant.  10:59 am Court is adjourned.  52 minutes Total Court Time.