AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| EASTERN | | DISTRICT OF | | TEXAS | |
|---------|---|-------------|---|-------|---|

UNITED STATES OF AMERICA

V.

CHRISTOPHER OMIGIE

**EXHIBIT AND WITNESS LIST**

Case Number:  1:13-CR-96-8(MC)

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|
| KEITH F. GIBLIN, U.S. MAGISTRATE JUDGE | | | John Craft | Jonathan Stovall |

| TRIAL DATE (S) | | | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|---|---|
| 07/03/2014 - Detention Hearing | | | Kyla Dean (DCR) | Kyla Dean |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **Government's Exhibit List** |
| 1 | | 7/3/2014 | X | X | Photograph |
| 2 | | 7/3/2014 | X | X | Photograph |
| 3 | | 7/3/2014 | X | X | Photograph |
| 4 | | 7/3/2014 | X | X | Photograph |
| 5 | | 7/3/2014 | X | X | Photograph |
| 6 | | 7/3/2014 | X | X | Photograph |
| 7 | | 7/3/2014 | X | X | Photograph |
| 8 | | 7/3/2014 | X | X | CD with Audio of recorded phone calls. |
| | | | | | |
| | | | | | **Government's Witness List** |
| 1 | | 7/3/2014 | | | Keith Headley, DEA Special Agent |
| | | | | | |
| | | | | | |
| | | | | | **Defendant's Witness List** |
| | 2 | 7/3/2014 | | | Stephanie Omigie |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.