IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO.1:13-CR-96(8) |
| | § | JUDGE MARCIA CRONE |
| CHRISTOPHER OMIGIE | § | |

## **ELEMENTS OF THE OFFENSE**

You are charged in Count Three of an indictment with a violation of 18 U.S.C. § 1956(h), conspiracy to launder monetary instruments in violation of 18 U.S.C. § 1956 (a)(1)(B)(i).

The essential elements which must be proven to establish the 18 U.S.C. § 1956(h) violation are:

1. That two or more persons, directly or indirectly, reached an agreement to knowingly engage in or attempt to engage in financial transactions in proceeds from a specified unlawful activity.

2. That, in furtherance of the conspiracy, the defendant knowingly conducted or attempted to conduct financial transactions;

3. That the financial transactions and attempted financial transactions involved the proceeds from a specified unlawful activity, to wit: violations of 21 U.S.C. § 846 conspiracy to distribute and to possess with intent to distribute cocaine HCL, a Schedule II controlled substance in an amount of five (5) kilograms or more;

4. The defendant knew that the property involved in the financial transactions and attempted financial transactions represented the proceeds of some unlawful activity;

5. The defendant knew that the transactions and attempted transactions were designed in whole or part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds; and

6. That the defendant knew the unlawful purpose of the agreement and joined in the agreement willfully, that is, with the intent to further its unlawful purpose.

    Respectfully submitted,

    JOHN M. BALES
    UNITED STATES ATTORNEY
    /s/  John A. Craft
    John A. Craft
    Assistant United States Attorney
    Florida Bar No. 056332
    350 MAGNOLIA AVE., STE. 150
    BEAUMONT, TEXAS 77701
    409-839-2538 Phone

## CERTIFICATE OF SERVICE

I hereby that a true and correct copy of the foregoing instrument has been furnished via electronic transmission to the attorney of record for defendant on this 2nd day of September, 2014.

    /s/
    _____
    John A. Craft
    Assistant United States Attorney